# Court of Appeals
# of the State of Georgia

ATLANTA,  March 10, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0068. JUDITH F. HURT v. SPT REAL ESTATE SUB III, LLC.**

This case was docketed on September 3, 2015, and appellant's brief and enumeration of errors were due on September 23, 2015. On that day, appellant moved this Court for an extension of time to file her brief, which motion was granted, extending her time to file until October 20, 2015. Because appellant did not file a brief and enumeration of errors before the extended deadline, this appeal is hereby DISMISSED pursuant to Court of Appeals Rules 13 and 23.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  03/10/2016
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*